Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Eliseo D Estupinian | ) Chapter 13 )<br>) Case No.: 8:10-bk-24129-ES )<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)** )<br>) )<br>) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301087** in the sum of **$296.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    ERIC A. JIMENEZ
    5900 SEPULVEDA BLVD., STE 450
    VAN NUYS, CA 92702

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1024129 | Eliseo D Estupinian | | | | | |
| | ACCT: | Claim: 00000 | XXX-XX-9958 | 296.00 | 0.00 | 296.00 |
| | | **TOTALS** | | 296.00 | 0.00 | 296.00 |

Eliseo D Estupinian

BALANCE: 908.00   [0.00 13/00000]
SSN: XXX-XX-9958   SSN:
ACCT:                         CASE: 1024129
PRINCIPAL:   296.00   INTEREST:   0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301087

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$296.00

PAY   Two Hundred Ninety Six And 00 / 100 Dollars

TO THE ORDER OF   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0301087⑆ ⑈061100790⑈ 000000575186 2⑆

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND - ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE - SEE REVERSE SIDE FOR MORE SAFETY FEATURES